**IT IS SO ORDERED.**

Dated:  24 January, 2013 03:25 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDING UNDER |
|     Rochelle Dunlap | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NUMBER 12-13677 |
| | ) | |
| | ) | JUDGE Jessica E. Price Smith |
| | ) | |
|     Debtor | ) | <u>ORDER</u> |

    This day this cause came to be heard upon the Amended Motion to Appoint Attorney's for Legal Malpractice which was filed on December 5, 2012.  For good cause shown, IT IS THEREFORE ORDERED that said motion be granted forthwith and Stephen J. Brown (0003841), Jennifer Matyac (0075933) and Jonathan I. Krainess, (0073093) are hereby appointed as attorneys on behalf of Debtor, to represent, file suit and negotiate Debtor's possible claim of legal malpractice.

Respectfully submitted,

/s/ Jonathan I. Krainess
Krainess Law Firm LLC
Jonathan I. Krainess (0073093)
13880 Cedar Road
Cleveland, OH 44118
Tel: 216-320-4357
Fax: 216-320-8000
jkrainess@sbcglobal.net

# LIST OF PARTIES TO BE SERVED

Jonathan I. Krainess, on behalf of Rochelle Dunlap, Debtor, at jkrainess@sbcglobal.net

Craig Shopneck, on behalf of the Chapter 13 Trustee's Office at
Ch13shopneck@ch13cleve.com

And by regular U.S. mail, postage paid, on:

**CitiMortgage, Inc.**
P.O. Box 688971
Des Moines, IA
50368-8971

**Attorney General Of The USA**
Main Justice Building
10th Constitutional Avenue, NW
Washington, DC 20530

**Attorney General Of The USA**
Civil Trial Section, Northern Regio
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

**Bank Of America**
P.O. Box 1598
Norfolk, VA 23501

**Bank Of America**
P.O. Box 15026
Wilmington, DE 19850

**Bank of America, N.A.**
NC4-105-02-99
PO Box 26012
Greensboro, NC 27420-6012

**Bank Of America, N.A.**
201 North Tryon Street
Charlotte, NC 28202

**Chase**
P.O. Box 15298
Wilmington, DE 19850

**Citimortgage Inc**
P.O. Box 9438
Gaithersburg, MD 20898

**CitiMortgage, Inc.**
P.O. Box 6030
Sioux Falls, SD 57117

**Discover Bank**
6500 New Albany Road
New Albany, OH 43054

**Discover Bank**
P.O. Box 30954
Salt Lake City, UT 84130

**Discover Bank**
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

**Discover Financial Services LLC**
P.O. Box 15316
Wilmington, DE 19850

**Discover Personal Loan**
P.O. Box 30954
Salt Lake City, UT 84130

**ECMC**
P.O. BOX 75906
ST. PAUL, MN 55175

**FIA CARD SERVICES, N.A.**
PO Box 15102
Wilmington, DE 19886-5102

**Home Savings And Loan**
275 West Federal Street
Youngstown, OH 44503

**Hsbc/BestBuy**
P.O. Box 5253
Carol Stream, IL 60197

**Office Of The United States Attorne**
Attn: Bankruptcy Section
801 West Superior Avenue, Suite 400
Cleveland, OH 44113

**Portfolio Recovery Associates,LLC**
PO Box 12914
Norfolk VA 23541

**Sallie Mae**
P.O. Box 9500
Wilkes Barre, PA 18773

**Sallie Mae Inc. on behalf of GLHEC**
2401 International Lane
Madison, WI 53704

**Sears/CBNA**
P.O. Box 6282
Sioux Falls, SD 57117

**Sun Center Credit Union**
133 Commerce Drive, East
Lagrange, OH 44050

**TARGET NATIONAL BANK**
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Tnb - Target**
P.O. Box 673
Minneapolis, MN 55440

**US Bank**
Attn: Bankruptcy Department
P.O. Box 5227
Cincinnati, OH 45202

**US BANK N.A.**
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

**Us Bank NA**
4325 17th Avenue, South
Fargo, ND 58125

**US Deptartment Of Education**
P.O. Box 5609
Greenville, TX 75403