Dated: 13 June 2013  03:38 PM

ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 11-02, KENNETH J. HIRZ,
CLERK OF BANKRUPTCY COURT
BY: /s/ Dorothea Hutchins
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-13677 |
| | ) | |
| Rochelle E. Dunlap | ) | Chapter 13 |
| | ) | |
| Debtor | ) | **AMENDED** |
| | ) | **ORDER DIRECTING EMPLOYER** |
| Social Security No.xxx-xx-7949 | ) | **TO MAKE DEDUCTIONS FROM** |
| | ) | **DEBTOR-EMPLOYEE'S WAGES,** |
| | ) | **COMBINED WITH RELATED** |
| | ) | **ORDERS** |

To: Cleveland Clinic Foundation

The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of the Court. Based on the Debtor's filings, the Debtor's Employer is:

Employer's Name:  Cleveland Clinic Foundation Attn: Payroll
Address:  6801 Brecksville Road Suite 20 RK14
City/State/Zip:  Independence, OH 44131
Phone:  (216) 636-7108

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $476.64 bi-weekly (which totals $1,013.21 monthly) and that the same amount from thereafter from the Debtor's wages, salary, commission, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

      IT IS FURTHER ORDERED that if the Debtor's employment is terminated during the term of the plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

      Attorney for Debtor: Jonathan I. Krainess (0073093)
      Address:   23366 Commerce Park, Suite 101-A
      City/State:  Beachwood, OH 44122
      Phone:    216-320-4357

SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

## LIST OF PARTIES TO BE SERVED

Jonathan I. Krainess, on behalf of Rochelle E. Dunlap, Debtor, at jkrainess@sbcglobal.net

Craig Shopneck, on behalf of the Chapter 13 Trustee's Office at Ch13shopneck@ch13cleve.com

And by regular U.S. mail, postage paid, on:

    Rochelle E. Dunlap
    5800 Deborah Drive
    North Ridgeville OH 44039

    Cleveland Clinic Foundation
    Attn: Payroll
    6801 Brecksville Road
    Suite 20 RK14
    Independence, OH 44131