IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| Rochelle E. Dunlap | ) | |
| | ) | CASE NO.: 12-13677 |
| | ) | |
| Debtor(s) | ) | JUDGE JESSICA E. PRICE SMITH |

## NOTICE OF WITHDRAWAL

Now comes Jonathan I. Krainess, attorney for Rochelle E. Dunlap, Debtor herein and withdraws the Motion to Modify Confirmed Plan which was filed on June 12, 2013.

Respectfully submitted,

 /s/ Jonathan I. Krainess_____
Jonathan J. Krainess (0073093)
Attorney for Debtors
23366 Commerce Park
Suite 101-A
Beachwood, OH 44122
Tel: 216- 320-4357
Fax: 216-320-8000
jkrainess@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 9, 2013, a true and correct copy of the above Notice was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Jonathan I. Krainess, on behalf of Rochelle E. Dunlap, Debtor, at
jkrainess@sbcglobal.net

Craig Shopneck, on behalf of the Chapter 13 Trustee's Office at
Ch13shopneck@ch13cleve.com

/s/ Jonathan I. Krainess_____
Jonathan I. Krainess, Esq.